## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

SHERRI L. WETHERN,                              Civil No. 10-0923 (JRT/RLE)

                    Plaintiff,

v.

                            **ORDER  FOR DISMISSAL**

RANGE CREDIT BUREAU, INC. AND
SCOTT CAUCCI,

                    Defendants.

_____

Nicholas Slade, **BARRY & SLADE, LLC**, 120 West Madison Street, 10th Floor, Chicago, IL 60602, for plaintiff.

Michael Klutho, **BASSFORD REMELE, PA,** 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402, for defendant.


This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by the parties on April 27, 2010 [Docket No. 2].

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**


DATED: April 28, 2010
at Minneapolis, Minnesota.                    s/ John R. Tunheim
                                      JOHN R. TUNHEIM
                              United States District Judge